9039

**DOUBLETAKE DANCE STUDIO, INC.**

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Carol A Gomez | | | xxx-xx-9715 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | Pay Period: 11/18/2009 - 11/30/2009 | Pay Date: 11/20/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officer Salary | | | 1,100.00 | 19,890.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -48.00 | -1,000.00 |
| Social Security Employee | | | -68.20 | -1,227.60 |
| Medicare Employee | | | -15.95 | -287.10 |
| | | | -132.15 | -2,514.70 |

Net Pay    987.85    17,285.30

Doubletake Dance Studio, DOUBLETAKE DANCE STUDIO, INC.

**Doubletake Dance Studio, Inc.**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Carol A Gomez | | | | | ***-**-9715 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 10/01/2009 - 10/14/2009 | | Pay Date: 10/12/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officer Salary | | | 1,100.00 | 16,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -48.00 | -856.00 |
| Social Security Employee | -68.20 | -1,023.00 |
| Medicare Employee | -15.95 | -239.25 |
| | -132.15 | -2,118.25 |

| Net Pay | 967.85 | 14,381.75 |
|---|---|---|

Doubletake Dance Studio, DOUBLETAKE DANCE STUDIO, INC.

---

**DOUBLETAKE DANCE STUDIO, INC.**

9010

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Carol A Gomez | | | | | ***-**-9715 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 10/15/2009 - 10/31/2009 | | Pay Date: 10/26/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officer Salary | | | 1,100.00 | 17,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -48.00 | -904.00 |
| Social Security Employee | -68.20 | -1,091.20 |
| Medicare Employee | -15.95 | -255.20 |
| | -132.15 | -2,250.40 |

| Net Pay | 967.85 | 15,349.60 |
|---|---|---|

Doubletake Dance Studio, DOUBLETAKE DANCE STUDIO, INC.



**DOUBLETAKE DANCE STUDIO, INC.** 9028

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Carol A Gomez | ***-**-9715 | Married/(none) | Fed-0/0/TX-0/0 |
| | Pay Period: 11/01/2009 - 11/15/2009 | | Pay Date: 11/13/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officer Salary | | | 1,100.00 | 18,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -48.00 | -952.00 |
| Social Security Employee | -68.20 | -1,159.40 |
| | -15.95 | -271.16 |
| Medicare Employee | -132.15 | -2,382.55 |

Net Pay  967.85  16,317.45

PAYMENT RECORD

585479 (9/09)

Doubletake Dance Studio, DOUBLETAKE DANCE STUDIO, INC.

9029