B6B (Official Form 6B) (12/07)

In re **Dicky Gomez**  Case No. **09-47877-7**
     **Carol Ann Gomez**
                                                            (if known)

*AMENDED 1/5/2010*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | C | $195.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Texas; checking | C | $925.27 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods and furnishings | C | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | pictures & art objects | C | $50.00 |
| | | records, tapes & cds | C | $20.00 |
| | | clothing and personal effects | C | $700.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | watches | C | $10.00 |
| | | earrings | C | $10.00 |
| | | wedding rings | C | $100.00 |
| | | costume jewelry | C | $10.00 |
| | | necklaces | C | $30.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dicky Gomez**            Case No. **09-47877-7**
     **Carol Ann Gomez**                                (if known)

*AMENDED 1/5/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | tennis/raquet ball equipment | C | $20.00 |
| | | camera | C | $35.00 |
| | | exercise equipment | C | $50.00 |
| | | sewing machine | C | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | All State; term life policy insuring the life of Debtor Husband; $100,000.00 face value; no cash value | C | $0.00 |
| | | All State; term life policy insuring the life of Debtor Wife; $150,000.00 face value; no cash value | C | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dicky Gomez dba Dickey Gomez Lawn Maintenance dba Dick | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dicky Gomez**  Case No. **09-47877-7**
**Carol Ann Gomez**  (if known)

*AMENDED 1/5/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | anticipated 2009 tax refund | C | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dicky Gomez**      Case No. **09-47877-7**
    **Carol Ann Gomez**
                                              (if known)

*AMENDED 1/5/2010*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford F250 | C | $9,900.00 |
| | | 2007 Ford Edge Leased vehicle | C | Unknown |
| | | 5x10 homemade trailer used in buisness | C | $300.00 |
| | | 2007 CM/VN trailer | C | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Snapper 22 in. deck lawnmower, Toro 22 in. deck lawnmower, 2 Echo Weedeaters, Echo Edger, Echo hand held blower | C | $450.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | household pets: 5 dogs | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dicky Gomez**            Case No. **09-47877-7**
     **Carol Ann Gomez**
                                                                                                        (if known)

*AMENDED 1/5/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                    **4**    continuation sheets attached    **Total >**     **$16,355.27**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)